IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY HILL, *et al.*,                                    *

    Plaintiffs,                                          *

          v.                                    *          Civil Action No. RDB-15-00065

STATE FARM FIRE AND CASUALTY
COMPANY                                                  *

    Defendant.                                          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of

August 2015, ORDERED that:

1. The Defendant State Farm Fire and Casualty Company's Motion to Dismiss

   (ECF No. 11) is GRANTED;

2. This Case is DISMISSED WITH PREJUDICE against the Defendant;

3. The Clerk of the Court transmit copies of this Order and accompanying

   Memorandum Opinion to counsel for the Defendants and *pro se* Plaintiff; and

4. The Clerk of the Court CLOSE THIS CASE.


_____/s/_____
Richard D. Bennett
United States District Judge